IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Civil Case No. |
| v. : | 7:09-cr-17 (HL) |
| : | |
| GARRETT WALDON, : | |
| : | |
| Defendant. : | |

_____

## ORDER

Before the Court is Defendant Garrett Waldon's Motion to Appoint Counsel. The Motion comes to the Court in the form of a handwritten letter from Mr. Waldon. In this letter, Mr. Waldon informs the Court that he would like an attorney "for representation concerning cooperation and a possible Rule 35 [motion]." The letter goes on to state that Mr. Waldon's previous attorney, Ms. Nicole Williams of the Federal Defender's Office, informed him of a conflict that prevents her from representing Mr. Waldon on his Rule 35 motion.

The Court has not received any notice from Ms. Williams about a conflict with Mr. Waldon's case. Therefore, the Court orders Ms. Williams to file immediately a status report to address any possible conflict she may have with this case. After considering her report, the Court will determine whether Mr. Waldon needs new counsel appointed.

**SO ORDERED,** this 22nd day of November, 2011.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr